# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| William Kenney, Jr.<br><br>　　　　　Plaintiff,<br>v.<br><br>Academy Collection Services d/b/a Monarch Recovery Management, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　Defendant. | Civil Action No.:   1:10-CV-10901-JLT |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Academy Collection Services d/b/a Monarch Recovery Management, Inc. with prejudice and without costs to any party.

| | |
|---|---|
| Kenney, William, Jr. | Academy Collection Services d/b/a<br>Monarch Recovery Management, Inc. |
| ____/s/ Sergei Lemberg_____ | ____/s/ Paul Ladas_____ |
| Sergei Lemberg, Esq.<br>BBO No.: 650671<br>LEMBERG & ASSOCIATES<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905<br>(203) 653-2250<br>Attorney for Plaintiff | Paul Ladas<br>Long & Leahy<br>100 Summer Street, 11th  Floor<br>Boston, MA 02110<br>(617) 439-4777<br><br>Attorney for Defendant |

_____
SO ORDERED